COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-09-090-CV

 

IN RE DAMIEN DEMARQUIS
HUCKABY                                       RELATOR

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition for writ of mandamus and is of the opinion that relief should be
denied as moot.  Accordingly, relator=s
petition for writ of mandamus is denied.

 

 

PER CURIAM

 

 

PANEL: 
LIVINGSTON, DAUPHINOT, and GARDNER, JJ.

 

DELIVERED: 
March 27, 2009











     [1]See
Tex. R. App. P. 47.4.